NOT FOR PUBLICATION                                                                 (Doc. Nos. 734, 735)

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY
## CAMDEN VICINAGE

| | |
|---|---|
| IN RE PAULSBORO DERAILMENT CASES | Master Docket No. 13-784 (RBK/KMW) |
| | 12-7468 (Breeman)<br>(Doc. Nos. 145, 146) |
| | 12-7747 (Lord)<br>(Doc. Nos. 140, 141) |
| | 13-3350 (Everingham)<br>(Doc. Nos. 99, 100) |
| | 13-3244 (Morris)<br>(Doc. Nos. 97, 98) |
| | 13-4569 (Johnson)<br>(Doc. Nos. 95, 96) |
| | 13-5763 (Truluck)<br>(Doc. Nos. 118, 119) |
| | 13-7410 (Smith)<br>(Doc. Nos. 80, 81) |
| | **ORDER** |

**THIS MATTER** having come before the Court upon the Motions in limine of Defendants to exclude experts Stephen M. Timko (Doc. No. 734) and Carl F. Morey (Doc. No. 735); and the Court having considered the moving papers and responses thereto; and the Court having heard the arguments of the parties at the hearing held on this date; and for the reasons expressed on the record at the hearing;

**IT IS HEREBY ORDERED** that Defendants' motions are **GRANTED**.


Dated: 8/4/2015                                                    s/ Robert B. Kugler
                                                                   ROBERT B. KUGLER
                                                                   United States District Judge