NOT FOR PUBLICATION

(Doc. Nos. 628, 713, 736, 769, 924,
925, 926, 927, 928, 929,
930)

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**
**CAMDEN VICINAGE**

|  |  |  |
|---|---|---|
| _____ | : |  |
| IN RE PAULSBORO | : | Master Docket No. 13-784 (RBK/KMW) |
| DERAILMENT CASES | : |  |
|  | : | 12-7468 (Breeman) |
|  | : |     (Doc. Nos. 116, 139, 147) |
|  | : | 12-7747 (Lord) |
|  | : |     (Doc. Nos. 119, 135, 142) |
|  | : | 13-2357 (Canning) |
|  | : |     (Doc. Nos. 81, 96) |
|  | : | 13-2358 (Armistead) |
|  | : |     (Doc. Nos. 83, 98) |
|  | : | 13-3244 (Morris) |
|  | : |     (Doc. Nos. 73, 90, 99) |
|  | : | 13-3350 (Everingham) |
|  | : |     (Doc. Nos. 71, 96, 101) |
|  | : | 13-3724 (Hamilton) |
|  | : |     (Doc. Nos. 113, 126) |
|  | : | 13-3935 (Clark) |
|  | : |     (Doc. Nos. 69, 82) |
|  | : | 13-4322 (Kennedy) |
|  | : |     (Doc. Nos. 69, 82) |
|  | : | 13-4569 (Johnson) |
|  | : |     (Doc. Nos. 68, 92, 97) |
|  | : | 13-4709 (Daniels) |
|  | : |     (Doc. Nos. 61, 74) |
|  | : | 13-5763 (Truluck) |
|  | : |     (Doc. Nos. 94, 111, 120) |
|  | : | 13-7410 (Smith) |
|  | : |     (Doc. Nos. 52, 77, 82) |
|  | : | 14-0043 (DePietro) |
|  | : |     (Doc. Nos. 43, 57) |
|  | : | 14-5256 (Platt) |
|  | : |     (Doc. Nos. 27, 37) |
|  | : | 14-7356 (Abate) |
|  | : |     (Doc. Nos. 18, 31) |
|  | : | 14-7431 (Paulsboro Public Schools) |
|  | : |     (Doc. No. 14) |

1

|   |   |
|---|---|
| : | 15-0071 (Wileczek) |
| : | (Doc. Nos. 16, 31) |
| : | 15-0134 (Vanblarcom) |
| : | (Doc. Nos. 13, 28) |
| : | 15-0578 (Mackenzie) |
| : | (Doc. Nos. 8, 23) |
| : | |
| : | |
| : | **ORDER** |
| : | |

**KUGLER**, United States District Judge:

**THESE MATTERS** having come before the Court upon Defendants' Motion for Partial Summary Judgment as to Plaintiffs' claims relating to the transportation of hazardous materials and the Paulsboro Bridge (Doc. No. 628), upon Defendants' Motion for Partial Summary Judgment as to Plaintiffs' claims relating to training, discipline, and supervision (Doc. No. 713), upon Defendants' Motion for Partial Summary Judgment as to Punitive Damages (Doc. No. 736), and upon Defendants' Motions for Leave to File Motions for Partial Summary Judgment (Doc. Nos. 924-930); and the Court having considered the moving papers and any responses thereto; and the Court having heard Oral Argument on August 20, 2015; and for the reasons expressed on the record at that hearing;

**IT IS HEREBY ORDERED** that Defendants' Motion as to Plaintiffs' claims relating to the transportation of hazardous materials and the Paulsboro Bridge is **GRANTED**.

**IT IS HEREBY FURTHER ORDERED** that Defendants' Motion as to Plaintiffs' claims relating to training, discipline, and supervision is **GRANTED**.

**IT IS HEREBY FURTHER ORDERED** that Defendants' Motion as to Punitive Damages is **GRANTED**.

**IT IS HEREBY FURTHER ORDERED** that Plaintiffs' Consent Motion for Leave to File Excess Pages in opposition to Defendants' Motion for Partial Summary Judgment as to Punitive Damages (Doc. No. 769) is **DISMISSED AS MOOT**.

**IT IS HEREBY FURTHER ORDERED** that Defendants' Motions for leave to file additional motions for partial summary judgment are **GRANTED**.  Plaintiffs shall file their opposition papers to Defendants' additional motions for partial summary judgment by **September 4, 2015**.  Defendants shall file their reply papers by **September 11, 2015**.

**IT IS HEREBY FURTHER ORDERED** that the deadline to submit the Joint Final Pretrial Order is adjourned until further Order of the Court.

**IT IS HEREBY FURTHER ORDERED** that the trials scheduled to begin on September 8, 2015 are adjourned until further Order of the Court.

Dated: 8/20/2015

s/ Robert B. Kugler
ROBERT B. KUGLER
United States District Judge